THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJA-MIN FELDMAN, Appellant.

Argued October 6, 1948; reargument ordered January 13, 1949.

Reargument ordered and case set down for reargument during the next session.